## RANDALL v. STATE.

### No. 20387.

Court of Criminal Appeals of Texas.

April 26, 1939.

Currie McCutcheon, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is an aggravated assault; the punishment, a fine of $100 and confinement in jail for 90 days.

The transcript fails to reveal a judgment of conviction. Under the circumstances, this court is without jurisdiction.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.